## S. J. Blume, Inc., Appellee, v. Vernon Baim Flower Company, Inc., Appellant.

Gen. No. 44,076.

opinion filed June 16, 1947; released for publication June 30, 1947. Landis & Landis, for appellant; Maxwell Landis, of counsel; no appearance for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.